UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BILL NORKUNAS, individually,

Plaintiff,                                           Civil Action No. 3:09-CV-934-J-32MCR

vs.

SEAHORSE NB, LLC, a Florida                      ____ Evidentiary
Limited Liability Company,                        ____ Trial
                                                  ____ Other
Defendant.
_____/

| **DEFENDANT'S EXHIBIT LIST** |
| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 1 | FEB 14 2011 | FEB 14 2011 | | Affidavit of and Photographs taken by Pablo Baez |
| 2 | FEB 14 2011 | FEB 14 2011 | | Affidavit of and Photographs numbered 1-32 taken by John M. Barley, II |
| 3 | FEB 14 2011 | FEB 14 2011 | | Department of Justice 2010 Standards for Accessible Design (including the 2004 ADAAGs) |
| 4 | FEB 14 2011 | FEB 14 2011 | | U.S. Department of Justice: "Americans with Disabilities Act" Technical Assistance Bulletin, No. 1, August 1996 |
| 5 | FEB 14 2011 | FEB 14 2011 | | U.S. Department of Justice: Notice of Certification, 63 Fed. Reg. 31,523-01 (June 9, 1998), 1998 WL 295319 |
| 6 | FEB 14 2011 | FEB 14 2011 | | Florida Statutes, Sections 553.501-553.513, the "Florida Americans With Disabilities Accessibility Implementation Act." |
| 7 | FEB 14 2011 | FEB 14 2011 | | Chapter 11, The Florida Building Code (the "Florida Accessibility Code"), adopted pursuant to Fla. Stat. s. 553.75 |
| 8 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #1 – Height to lavatory, Lemon Bar Men's Room |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | Exhibit List – Continuation Sheet | | | |
| 9 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #2 – Height to lavatory and piping covered, Lemon Bar Men's Room |
| 10 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #3 – Height of handrail, Lemon Bar Men's Room |
| 11 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #4 – Height to handrail, Lemon Bar Men's Room |
| 12 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #5 – Centerline of toilet from wall, Lemon Bar Men's Room |
| 13 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #6 – Self-closing door, Lemon Bar Men's Room |
| 14 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #7 – Self-closing door, Lemon Bar Men's Room |
| 15 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #8 – Shower to Beach, accessible ring size |
| 16 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #9 – Shower in Pool area accessible ring size |
| 17 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #10 – Ice Machine on 1st Floor and accessible lever handle installed |
| 18 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #11 – Accessible front entrance of Seahorse |
| 19 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #12 – Accessible Parking outside Lobby |
| 20 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #13 – Portico with height clearance of 8 ft. |
| 21 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #14 – Portico with height clearance of 8 ft. |
| 22 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #15 – Accessible Parking spaces across from Lobby |
| 23 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #16 – Accessible Parking space outside accessible Room 118 |
| 24 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #17 – Front of accessible Room 118, no lip, fully accessible |
| 25 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #18 – Accessible Parking outside accessible Room 118 |
| 26 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #19 – City owned parking spaces on Lemon Street |
| 27 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #20 – Signage, Lemon Bar Men's Room |
| 28 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #21 – Signage, Lemon Bar Women's Room |
| 29 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #22 – Signage, Lemon Bar Men's Room |

| EXHIBIT LIST – CONTINUATION SHEET ||||| 
|---|---|---|---|---|
| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
| 30 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #23 – Signage, Lemon Bar Women's Room |
| 31 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #24 – Height and curvature of handrails from Courtyard to Lemon Bar |
| 32 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #25 – Length of extension and curvature of handrails from Courtyard to Lemon Bar |
| 33 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #26 – Handrails from Courtyard to Lemon Bar |
| 34 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #27 – Height of handrail from room area to pool |
| 35 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #28 – Handrail from room area to pool |
| 36 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #29 – Handrail from room area to pool |
| 37 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #30 – Accessible lever handle, Gate between Pool and Lobby Breezeway |
| 38 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #31 – Accessible lever handle, Gate between Pool and Lobby Breezeway |
| 39 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #32 – Accessible lever handle, gate to beach |
| 40 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #33 – Height of handrail, Lemon Bar Men's Room |
| 41 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #34 – Height of handrail, Lemon Bar Men's Room |
| 42 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #35 – Accessible room key |
| 43 | FEB 14 2011 | FEB 14 2011 | | Defendant's Photograph #36 – Accessible room key |
| 44 | FEB 14 2011 | FEB 14 2011 | | Dune Crossover Plans and documents |
| 45 | FEB 14 2011 | FEB 14 2011 | | Credit Card Statements of Bill Norkunas |
| 46 | FEB 14 2011 | FEB 14 2011 | | 2009 Calendar of Bill Norkunas |
| 47 | FEB 14 2011 | FEB 14 2011 | | Department of Community Affairs, Plenary Session Minutes of the Board Meeting of the Florida Building Commission, June 28 and 29, 2005 |
| 48 | FEB 14 2011 | FEB 14 2011 | | Advance Registration Form and Ledger documents signed by Mr. Norkunas upon check-in and check-out |
| 49 | FEB 14 2011 | FEB 14 2011 | | Florida Driver's License of Bill Norkunas |
| 50 | FEB 14 2011 | FEB 14 2011 | | Seahorse Room Occupancy list |
| 51 | FEB 14 2011 | FEB 14 2011 | | Registration Desk Log entries for July 28 and 29, 2009 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | EXHIBIT LIST – CONTINUATION SHEET | |
| 52 | FEB 14 2011 | FEB 14 2011 | | Seahorse Room Amenities list |
| 53 | FEB 14 2011 | FEB 14 2011 | | Printout of ADAhelp website (http://adahelp.com) |
| 54 | FEB 14 2011 | FEB 14 2011 | | Affidavit of Bill Norkunas |
| 55 | FEB 14 2011 | FEB 14 2011 | | Deposition of Bill Norkunas |
| 56 | FEB 14 2011 | | | Plaintiff's Response to Defendant's First Set of Interrogatories to Plaintiff |
| 57 | FEB 14 2011 | FEB 14 2011 | | Plaintiff's Response to Defendant's Requests for Admission |
| 58 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Centro Heritage SPE 4 et al., No. 3:2009cv00428 (W.D.N.C., filed October 5, 2009 |
| 59 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. EQI Jacksonville Partnership, L.P., No. 3:2009cv00955 (M.D. Fla., filed September 21, 2009) |
| 60 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Harbour Place Land LLC, No. 3:2009cv00970 (M.D. Fla., filed September 24, 2009) |
| 61 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Ashford Atlantic Beach, L.P., No. 3:2009cv00642 (M.D. Fla., filed July 13, 2009) |
| 62 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Darling Development Corp, No. 1:2009cv11290 (D. Mass July 31, 2009); |
| 63 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Felcor Suites Limited Partnership, No. 1:2009cv11288 (D. Mass, filed July 31, 2009) |
| 64 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Harihar Hotel Realty Trust, No. 1:2009cv11289 (D. Mass, filed July 31, 2009) |
| 65 | FEB 14 2011 | FEB 14 2011 | 2011 | Complaint, Norkunas v. Royal Plaza Marlborough, No. 1:2009cv11317 (D. Mass. August 5, 2009) |
| 66 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Cumberland Farms, Inc., No. 1:2010cv10212 (Feb. 9, 2010) |
| 67 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Amisha, LLC, No. 1:2010cv10210 (D.Mass., filed February 9, 2010) |
| 68 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Pentucket Motor Lodges, Inc., No. 1:2010cv10209 (D.Mass., filed February 9, 2010) |
| 69 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Silver Sands Joint Venture, No. 3:2010cv00005 (N.D. Fla., filed January 13, 2010) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Exhibit List – Continuation Sheet |
| 70 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Norkunas v. Intrawest Sandestin Co., LLC, No. 3:10cv00004 N.D. Fla., filed January 13, 2010 |
| 71 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Norkunas v. Joseph D. Tagliente Association Limited Partnership, No. 1:2009cv11285 (D. Mass., filed July 31, 2009) |
| 72 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Norkunas v. Avis Rent a Car System, LLC, No. 1:2006cv22841 (S.D. Fla., filed Nov. 20, 2006) |
| 73 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Spalluto et al v. Wynn Resorts Holdings et al., No. 2:2007cv00096 (D.Nev., filed January 24, 2007) |
| 74 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Norkunas v. Wyndham International, Inc., No. 3:05cv01182 (D.P.R. filed February 14, 2005) |
| 75 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Norkunas et al v. Hilton Hotels Corp., No. 3:2005cv01183 (D.P.R., filed February 14, 2005) |
| 76 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Norkunas et al v. Marriott International, Inc., No. 3:2005cv01184 (D.P.R., filed February 14, 2005) |
| 77 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Access Now, Inc., et al v. Florida Medical, et al., No. 1:1998cv03004 (S.D.Fla, filed December 9, 1998) |
| 78 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Access Now, Inc., et al v. Leisure Colony, No. 0:1999cv06027 (S.D.Fla., filed January 12, 1999) |
| 79 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Access Now, Inc., et al v. Felcor Lodging, No. 9:1998cv08965 (S.D.Fla., filed December 30, 1998) |
| 80 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Access Now, Inc., et al v. Felcor Lodging, No. 9:1998cv08966 (S.D.Fla., filed December 30, 1998) |
| 81 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Norkunas v Milford Hospitality Realty, LLC, No. 4:2009cv10249 (D.Mass., filed February 19, 2009) |
| 82 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Norkunas v. J & L Venture Group, LLC, No. 1:2009cv10250 (D.Mass, filed Feb. 19, 2009) |
| 83 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Smith v. Foxboro Fisher Realty LLC, No. 1:2008cv11769 (D.Mass., filed October 21, 2008) |
| 84 | FEB 1 4 2011 | FEB 1 4 2011 | | Complaint, Norkunas v. Woodlands Golf Association, Inc., No. 0:2008cv60042 (S.D.Fla., filed January 11, 2008) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 85 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas et al v. Edward Rack Corporation, No. 0:2007cv60290 (S.D. Fla., filed March 1, 2007) |
| 86 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas et al v. Cabot Golf CL-PP 32 L.L.C. et al, No. 0:2007cv60973 (S.D.Fla., filed July 11, 2007) |
| 87 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Shah, Parikh & Associates, No. 5:2009cv00108 (W.D.N.C., filed September 24, 2009) |
| 88 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Tar Heel Capital Wendy's LLC, No. 5:-09cv116 (W.D.N.C., filed October 28, 2009) |
| 89 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. V&S Hospitality, No. 1:2009cv00372 (W.D.N.C., filed September 29, 2009) |
| 90 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Biltmore Eight, No. 1:2009cv00375 (W.D.N.C., filed 10/02/2009) |
| 91 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Belk, Inc., No. 1:2009cv00373 (W.D.N.C., filed September 30, 2009) |
| 92 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. NC Hotel Associates Ltd., No. 1:2009cv00725 (M.D.N.C., filed September 22, 2009) |
| 93 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Silas Creek Crossing Associates, No. 1:2009cv00733 (filed September 24, 2009) |
| 94 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Miran Hospitality, No. 3:2009cv00434 (W.D.N.C., filed October 8, 2009) |
| 95 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Sandestin Investments, LLC, No. 3:2010cv00470, (N.D. Fla., filed Nov. 16, 2010) |
| 96 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Tanger Properties Limited Partnership, No. 3:2011cv00040 (E.D. Tenn., filed January 24, 2011) |
| 97 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Robbins Properties I, LLC, No. 3:2011cv00041 (E.D. Tenn., filed January 24, 2011) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 98 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. HP Hospitality, LLC, No. 1:2010cv00095 (W.D.N.C., filed May 4, 2010) |
| 99 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Gano Holdings, LLC, No. 1:2010cv001 (D.R.I., filed April 20, 2010 |
| 100 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. The Mainstay Inn, Ltd., No. 1:2010cv00181 (D.R.I., filed April 20, 2010) |
| 101 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Park Road Shopping Center, Inc., No. 3:2010cv00210 (W.D.N.C., filed May 2, 2010) |
| 102 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v West Greenwich Inn, No. 1:2010cv00434 (D.R.I., filed October 19, 2010) |
| 103 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. The Lacava Family, LLC, No. 1:2011cv10085 (D. Mass., filed January 14, 2011) |
| 104 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Pentucket Motor Lodges, Inc., No. 1:2010cv10209 (D. Mass, filed February 9, 2010) |
| 105 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Amisha, LLC, No. 1:2010cv10210 (D. Mass., filed Feb. 9, 2010) |
| 106 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Cumberland Farms, Inc., No. 1:2010cv10212 (D. Mass., filed Feb. 9, 2010) |
| 107 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Dolce International/Bedford, Inc., No. 1:2010cv10407 (D. Mass., filed March 9, 2010) |
| 108 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Falcon Hotel Corporation, No. 1:2010cv10645 (D. Mass., filed April 16, 2010) |
| 109 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Babson Capital Management, LLC, No. 1:2010cv10647 (D. Mass., filed April 16, 2010) |
| 110 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. First Shrewsbury Hotel Investments, Inc., No. 1:2010cv10658 (D. Mass, filed April 16, 2010) |
| 111 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Natick Associates, LLC, No. 1:2010cv11937 (D. Mass., filed Nov. 10, 2010) |
| 112 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. DDH/Hotel Natick/Worcester, LLC, No. 1:2010cv11938 (D. Mass., filed Nov. 10, 2010) |
| 113 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Peabody Center, LLC, No. 1:2010cv11948 (D. Mass, filed November 12, 2010) |

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | EXHIBIT LIST – CONTINUATION SHEET | | |
| 114 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Brossi Brothers Limited Partnership, No. 1:2010cv11949 (D. Mass, filed Nov. 12, 2010) |
| 115 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Endicott Plaza LLC, No. 1:2010cv12063 (D. Mass., filed Nov. 30, 2010) |
| 116 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. DILIP Realty LLC, No. 1:2010cv12065 (D. Mass., filed Nov. 30, 2010) |
| 117 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. HC Atlantic Development Limited Partnership, No. 1:2010cv12170 (D. Mass, filed Dec. 16, 2010) |
| 118 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Michael S. McCarthy, Trustee of the Sixth Trust, No. 1:2010cv12172 (D. Mass, filed Dec. 16, 2010) |
| 119 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Pho 78 Vietnamese Restaurant, et al., No. 0:2011cv60059 (S.D. Fla., filed January 10, 2011) |
| 120 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Prisa II Davie SC, LLC, No. 0:2011cv60060 (S.D. Fla., filed January 10, 2011) |
| 121 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. RK Restaurants Holdings, Inc., No. 0:2011cv60065 (S.D. Fla., filed January 10, 2011) |
| 122 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. TC 17 Street Investors, Inc., No. 0:2011cv60204 (S.D. Fla., filed January 31, 2011) |
| 123 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Fung Shing, Inc., No. 0:2010cv61253 (S.D. Fla., filed July 20, 2010) |
| 124 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. South China Chinese Restaurant, Inc., No. 0:2010cv61254 (S.D. Fla., filed July 20, 2010) |
| 125 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Asian Taste, Inc., No. 0:2010cv61255 (S.D. Fla., filed July 20, 2010) |
| 126 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Ichiban Davie, Inc., No. 0:2010cv61256 (S.D. Fla., filed July 20, 2010) |
| 127 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. British Oak Ent. Inc., et al., No. 0:2010cv61257 (S.D. Fla., filed July 20, 2010) |
| 128 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Florida Creole, Inc., No. 0:2010cv61258 (S.D. Fla., filed July 20, 2010) |
| 129 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Dale I. Stephenson, et al., No. 0:2010cv61259 (S.D. Fla., filed July 20, 2010) |
| | | | | |

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
|  | | | | EXHIBIT LIST – CONTINUATION SHEET |
| 130 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. KFC U.S. Properties, Inc., No. 0:2010cv61700 (S.D. Fla., filed September 15, 2010) |
| 131 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. The City of Tamarac, Florida, No. 0:2010cv61829 (S.D. Fla., filed September 30, 2010) |
| 132 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Shorty's II, Inc., No. 0:2010cv61836 (S.D. Fla., filed October 1, 2010) |
| 133 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Birdcage, Inc., et al., No. 0:2010cv61837 (S.D. Fla., filed October 1, 2010) |
| 134 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Boca Raton CRA, No. 9:2010cv81138 (S.D. Fla., filed Sept. 24, 2010) |
| 135 | FEB 14 2011 | FEB 14 2011 | | Complaint, Norkunas v. Kentucky Fried Chicken of Boca Raton, No. 9:2010cv81567 (S.D. Fla., filed Dec. 7, 2010) |